STATE OF CONNECTICUT *v.* JAMES L. CLUKEY

The defendant's petition for certification from the Appellate Session of the Superior Court is denied by the court.

*Michael C. Blaney,* special public defender, in support of the petition.

*John H. Malone,* deputy assistant state's attorney, in opposition.

Submitted October 4—decided October 17, 1978

BEVERLY CROSS *v.* TOMMY WILSON

The defendant's petition for certification for appeal from the Appellate Session of the Superior Court is denied by the court.

*P. J. Pittman,* in support of the petition.

*Michael A. Arcari,* in opposition.

Submitted October 11—decided October 17, 1978

ANTHONY POLISI ET AL. *v.* ZONING BOARD OF APPEALS OF THE TOWN OF SOUTHBURY

The plaintiffs' petition for certification for appeal from the judicial district of Waterbury is denied by the court.

*Fred B. Rosnick,* in support of the petition.

*James H. W. Conklin II,* in opposition.

Submitted October 11—decided October 17, 1978